# United States Court of Appeals
## For the First Circuit

No. 00-2072

LIBERTY MUTUAL INSURANCE COMPANY,

Plaintiff, Appellee,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 15, 2001, should be amended as follows:

In the <u>APPENDIX</u> at pages 25, 26 and 27, please delete the JA references (<u>e.g.</u>, [JA 2367] at the end of each paragraph where a JA reference appears.